McNeal et al
v
Watson et Al

3:21-cv-00142-DWD

## Motion to Proceed Complaint

Now comes Plaintiff Leonard Warren informing this Honorable Court that I do not want to continue as a party to this case. I have injuries consitant with claims in this complaint. Evidence of similor complaints. Evidence of similor complaint will be submitted as evidence with the original filing of this case. Please move this forward as is A Plaintiff.

2-22-21
*Leonard Warren*
Leonard Warren

Christopher Newberry, #166408
700 North 5th Street
Belleville, IL 62220

U.S. District Court Clerk
750 Missouri Ave
East St. Louis, IL 622

Legal Mail



RECEIVED
MAR - 5 2021
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE