McNeal
v.
Watson et al

Case No: 3:21-CV-00142-DWD

## Motion to Proceed Complaint

Now comes Plaintiff Shawn LaFollette #469356 informing this Honorable Court that I want to continue as a party to this case. I have injuries consistant with claims in the complaint.

Evidence of similar complaints by me were submitted as evidence with the original filing of this case.

Please move this case forward with me as a Plaintiff.

*Shawn LaFollette*
Shawn LaFollette
02/22/21