Motion to Proceed

My name is Kourtney Jackson
I wish to proceed in the case with Cameron Belk and Christopher McNeal

Kourtney Jackson #470734

3/1/21

Christopher McNeal Sr. - 466406
760 North 5th Street
Belleville, Il. 62220

U.S. District Court Clerk
750 Missouri Ave
East St.Louis, Il. 622

MAIL CLEARED
US MARSHALS

Legal Mail



RECEIVED
MAR - 5 2021
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE