McNeal et al
　　v.
Watson et al

Case No. 3:21-cv-00142-DwD

## Motion To proceed Complaint

Now Comes plaintiff Jestine Myers informing this Honorable Court that I want to continue as a party to this case. I have injuries consistant with claims in the complaint. Evidence of similar complaints by me were submitted as evidence with the original filing of this case. Please move this case foward with me as a plaintiff.

　　　　　　　　　　　　　*Jestine Myers*
　　　　　　　　　　　　　Jestine Myers

　　　　　　　　　　　　　2-22-21

Christopher McNeal Sr. - 466406
700 North 5th Street
Belleville, Il. 62220

MAIL CLEARED
US MARSHAL

U.S. District Court Clerk
750 Missouri Ave
East St. Louis, Il. 622

Legal Mail



RECEIVED
MAR - 5 2021
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE