McNeal et al

   v.                    Case No: 3:21-cv-00142-DWD

Watson et al

## Motion to Proceed Complaint

Now comes Plaintiff Demetruis Blue informing this Honorable Court that I want to continue as a Party to this case I have injuries consistant with clams is the complaint. Evidence of similar complaints by me were submitted as evidence with the original filing of this case Pleas Move this case forward with me as a Plaintiff.

*Demetruis Blue*
Demetruis Blue
2-22-2021

700 North 5th Street
Belleville, IL. 62220

U.S. District Court Clerk
750 Missouri Ave
East St. Louis, IL. 622

MAIL CLEARED
US MARSHALS

Legal Mail





RECEIVED
MAR - 5 2021
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE