McNeal
v.
Watson et al

Case No: 3:21-CV-00142-DWD

## Motion to Proceed Complaint

Now comes Plaintiff Basilio Rosales-Cortez #471090 informing this Honorable Court that I want to continue as a party to this case. I have injuries consistant with claim in the Complaint.

Evidence of similar complaints by me were submitted as evidence with the original filing of this case.

Please move this case forward with me as a Plaintiff.

*Basilio Rosales Cortez*
Basilio Rosales-Cortez
02/22/21

Christopher McNeal Sr. - 466406
700 North 5th Street
Belleville, IL. 62220

U.S. District Court Clerk
750 Missouri Ave
East St. Louis, IL. 622

MAIL CLEARED
US MARSHALS

Legal Mail





RECEIVED
MAR - 5 2021
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE