McNeal et.al
   v.
Watson et.al

Case No. 3:21-cv-00142-DWD

### Motion To Proceed Complaint

Now comes Plaintiff Terrell Amerson informing this Honorable Court that I want to continue as a party to this case. I have injuries consistant with claims in the complaint. Evidence of similar complaints by me were submitted as evidence with the original filing of this case.

Please move this case forward with me as a Plaintiff.

*Terrell Amerson*
Terrell Amerson
Dated: 2-24-21



RECEIVED
MAR - 5 2021
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE



Christopher McNeal Sr. - 466406
760 North 5th Street
Belleville, Il. 62220

MAIL CLEARED
US MARSHALS

U.S. District Court Clerk
750 Missouri Ave
East St. Louis, Il. 622

Legal Mail