Motion to Proceed.

My Name is Robert Sullivan SD#446762.
I Wish to Proceed in the case with Cameron Belk sr. and Christopher McNeal.

    Thank you for Helping us
    Robert Sullivan    SD# 446762
    *Robert Sullivan* (signature)
    3-1-2021

Case Name: McNeal et al V. Watson et al
Case Number 3:21-cv-00142-DWD

Robert Sullivan
Kourtney Jackson
700 N. 5th Street
Belleville, IL 62220

Legal Mail

SAINT LOUIS MO 630
3 MAR 2021 PM 5 L

United States district court
East St. Louis, IL 62201

RECEIVED

MAR - 5 2021

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE