MCNEAL ET. AL

v.            CASE # 3:21-CV-00142-DWD

WATSON ET. AL.

Motion to Proceed Complaint

NOW COMES PLAINTIFF CHRISTOPHER WARLOCK INFORMING THIS HONORABLE COURT THAT I WANT TO CONTINUE AS A PARTY TO THIS CASE. I HAVE INJURIES CONSISTANT WITH CLAIMS IN THE COMPLAINT. EVIDENCE OF SIMILAR COMPLAINTS BY ME WERE SUBMITTED AS EVIDENCE WITH THE ORIGINAL FILING OF THIS CASE. PLEASE MOVE THIS CASE FORWARD WITH ME AS A PLAINTIFF.

CHRISTOPHER WARLOCK
*Christopher Warlock*
2-22-2021



Christopher McNeal Sr. - 466406
100 North 5th Street
Belleville, Il. 62220



MAIL CLEARED
US MARSHAL

U.S. District Court Clerk
750 Missouri Ave
East St. Louis, Il. 622

Legal Mail



RECEIVED
MAR - 5 2021
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE