McNeal
v.
Watson et al

Case No: 3:21-CV-00142-DWD

## Motion to Proceed Complaint

Now comes Plaintiff Jose A. Mejia-Gutierrez, #468409 informing this Honorable Court that I want to continue as a party to this case. I have injuries consistant with claims in the complaint.

Evidence of similar complaints by me were submitted as evidence with the original filing of this case.

Please move this case forward with me as a Plaintiff

JOSEMEJIAGUTIERREZ
Jose A. Mejia-Gutierrez
02/22/21



Christopher McNeal Sr. - 466406
700 North 5th Street
Belleville, Il. 62220

MAIL CLEARED
US MARSHALS

U.S. District Court Clerk
750 Missouri Ave
East St. Louis, Il. 622[20]

Legal Mail

