McNeal et al
V.
Watson et al

Case No. 3:21-CV-00142-DWD

## 2nd Attempt Motion to Remove

Now comes Plaintiff Christopher McNeal Sr. praying this Honorable court hear his motion.

Plaintiff Steven R. Marshall desire to be removed from this case for he has another case pending and desire to have his focus primarily on that case. Thank you for removing him at this time.

Plaintiff McNeal pray this Honorable court approve his motion!

_Steven Marshall_
Steven R. Marshall

_Christopher McNeal Jr_
Christopher McNeal Sr.
Dated: 3-24-2021

206 North 5th Street
Belleville, IL. 62220

Legal Mail

U.S. District Court Clerk
750 Missouri Ave
East St. Louis, IL. 62201

Legal Mail

Cristopher McNeal Sr. -466406
750 North 5th Street
Belleville, IL. 62220

Legal Mail

Legal Mail

U.S. District Court Clerk
750 Missouri Ave
East St. Louis, IL. 62201

INMATE CORRESPONDENCE
ST. CLAIR COUNTY JAIL

62201-295429

MAIL CLEARED
US MARSHAL

SAINT LOUIS MO 630
27 MAR 2021 PM 7 L

Legal Mail



RECEIVED
MAR 2 9 2021
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE