McNeal et al
  V.                              Case No. {3:21-cv-00142-DWD
Watson et al

### 2 attempt Motion to Recuse

Now comes Plaintiff Christopher McNeal Sr. praying this Honorable court will hear his motion!

Plaintiff McNeal ask that Judge David W. Dugan recuse himself from this case and that this case is reassigned to another Judge. Plaintiff Belk has a pending case in the U.S. District Court case #3:20-cv-00154-DWD and have noticed Judge David W. Dugan refuses to move case forward or answer motions! Plaintiff McNeal and Plaintiff Belk has sent in several motions to Judge David W. Dugan that has gone unanswered for months in case # 3:20-cv-00154-DWD! Plaintiff McNeal ask that Judge David W. Dugan recuse himself from this case because he fears that with sitting Judge David W. Dugan on this case that Judge David W. Dugan will continue his trend of not answering motions and will hinder this case from moving forward!

Plaintiff McNeal prays this Honorable Court will approve his motion!

*Christopher McNeal*
Christopher McNeal Sr.
Dated: 3-24-2021

700 North 5th Street
Belleville, Il. 62220

Legal Mail

U.S. District Court Clerk
750 Missouri Ave
East St. Louis, Il. 62201

Legal Mail

Christopher McNeal Sc-466406
700 North 5th Street
Belleville, IL 62220

SAINT LOUIS MO 630
27 MAR 2021 PM 7 L

Legal Mail

INMATE CORRESPONDENCE
ST. CLAIR COUNTY JAIL

MAIL CLEARED
US MARSHAL

U.S. District Court Clerk
750 Missouri Ave
East St. Louis, IL 62201

Legal Mail



RECEIVED

MAR 29 2021

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE