McNeal et al
    V.                    Case No. { 3:21-CV-00142-DWD
Watson et al

### Motion To Alert The Courts

Now comes Plaintiff Christopher McNeal Sr. praying this Honorable Court to hear his motion. Jason Quate and myself submitted a second Motion to Add Plaintiff and Intervene on 3-11-2021 along with the Motion to Intervene on 3-11-2021 with Norman Tammons and myself (see Docket #77). Docket #78 States Motion to Add Plaintiff and Intervene by Christopher McNeal (Kare) (Entered 3/15/2021) which I would assume would be Jason Quate second Motion to Add Plaintiff and Intervene, but on 3-18-2021 Docket #85 States all non-party individual must submit a Motion to Intervene which Jason Quate had already submitted on 2-14-2021 and on 3-11-2021 and all his documents were returned to him which was submitted because he and myself thought he was deemed a Plaintiff after the first Motion to Add Plaintiff and intervene was submitted! Please Allow Jason Quate to Intervene in this case for this is his 3rd attempt to Intervene.

Plaintiff McNeal prays this court will approve his motion, Plaintiffs McNeal and Intervenor Jason Quate both sign below to acknowledge desire for intervention and filing paperwork be Submitted!

Jason Quate                    Christopher McNeal Sr.
                               Dated: 3-24-2021

Christopher McNeal Sr. -Y64106
700 North 5th Street
Belleville, Il. 62220

U.S. District Court Clerk
750 Missouri Ave
East St. Louis, Il. 62201

Legal Mail

Legal Mail

Christopher McNeal Sr.-464406
700 North 5th Street
Belleville, IL 62220

SAINT LOUIS MO 630
27 MAR 2021 PM 7 L

Legal Mail

MAIL CLEARED
US MARSHAL

U.S. District Court Clerk
750 Missouri Ave
East St. Louis, IL 62201

INMATE CORRESPONDENCE
ST. CLAIR COUNTY JAIL

62201-295429

Legal Mail

RECEIVED

MAR 29 2021

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE